■ In the Matter of the Claim of N. JOHN ADAMS, Respondent, v. TOMAR PRODUCTS, INC., Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application pursuant to section 538 of the Labor Law

to fix the fee of the attorney appointed by this court to prosecute an appeal from a decision of the Unemployment Insurance Appeal Board in favor of claimant granted, and fee fixed at $125, to be paid by the Industrial Commissioner. Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.